JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation;<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL SCHRAGE, an individual; CATHERINE SCHRAGE, an individual; and JOSEPH SCHRAGE, an individual,<br><br>    Defendants. | Case No. 2:18-cv-00818 DSF(SSX)<br><br>**JUDGMENT** |

    This action came on for hearing before the Court on June 4, 2018, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED:

    1.    That judgment is entered in favor of Plaintiff Liberty Mutual Insurance Company and against Defendants Michael Schrage, Catherine Schrage, and Joseph Schrage, and each of them, jointly and severally, in the amount of $8,077.00; and that

1

post-judgment interest will accrue at the Federal rate pursuant to 28 U.S.C. § 1961 from the date of entry of judgment;

    2. That Defendants Michael Schrage, Catherine Schrage, and Joseph Schrage, and each of them, jointly and severally, are required to place Plaintiff in funds, as collateral security, in the amount of $1,091,923.00 to secure Plaintiff against potential liability on Bond No. 024065581 filed in Los Angeles Superior Court Case No. BC579623, styled *Schrage v. Schrage*, and associated costs and expenses, including attorney fees, in accordance with the Court's Order dated June 4, 2018;

    3. That Plaintiff recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920 and its attorney fees as the prevailing party under the indemnity agreement pursuant to motion.

    4. That the action be dismissed without prejudice;

    5. That this Court reserves jurisdiction to enforce the judgment and to determine Plaintiff's entitlement to recover costs and attorney fees.

DATED: 6/18/18

*Dale S. Fischer*
Dale S. Fischer
U.S. District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2018, a copy of the foregoing **[PROPOSED]** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                           /s/ Stacie L. Brandt SBN 166399
                                           STACIE L. BRANDT