JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation;<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL SCHRAGE, an individual; CATHERINE SCHRAGE, an individual; and JOSEPH SCHRAGE, an individual,<br><br>Defendants. | Case No. CV 18-818 DSF(SSx)<br><br>**AMENDED JUDGMENT** |

On June 18, 2018, Judgment was entered in this action as follows:

IT IS ORDERED AND ADJUDGED:

1. That judgment is entered in favor of Plaintiff Liberty Mutual Insurance Company and against Defendants Michael Schrage, Catherine Schrage, and Joseph Schrage, and each of them, jointly and severally, in the amount of $8,077.00; and that post-judgment interest will accrue at the Federal rate pursuant to 28 U.S.C. § 1961 from the date of entry of judgment;

2. That Defendants Michael Schrage, Catherine Schrage, and Joseph

Schrage, and each of them, jointly and severally, are required to place Plaintiff in funds, as collateral security, in the amount of $1,091,923.00 to secure Plaintiff against potential liability on Bond No. 024065581 filed in Los Angeles Superior Court Case No. BC579623, styled *Schrage v. Schrage*, and associated costs and expenses, including attorney fees, in accordance with the Court's Order dated June 4, 2018;

    3.    That Plaintiff recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920 and its attorney fees as the prevailing party under the indemnity agreement pursuant to motion.

    4.    That the action be dismissed without prejudice;

    5.    That this Court reserves jurisdiction to enforce the judgment and to determine Plaintiff's entitlement to recover costs and attorney fees.

The Judgment entered on June 18, 2018 is amended to add:

    6.    That Plaintiff recover its costs of suit in the amount of $582.84 and attorneys' fees in the amount of $34,121.50 against Defendants Michael Schrage, Catherine Schrage, and Joseph Schrage, and each of them, jointly and severally; and that post-judgment interest will accrue at the Federal rate pursuant to 28 U.S.C. § 1961 from the date of entry of judgment.

DATED: July 16, 2018

Dale S. Fischer
United States District Judge